```
            UNITED STATES DISTRICT COURT
         SOUTHERN DISTRICT OF WEST VIRGINIA
                    AT CHARLESTON
```

JAMIE MCCLUNG and
MICHAEL MCCLUNG

    Plaintiffs

v.                                          Civil Action No. 2:06-0336

LABORATORY CORPORATION OF
AMERICA HOLDINGS

    Defendant

## ORDER

Pending is the June 1, 2006, motion of defendant Laboratory Corporation of America Holdings to extend the time for joining additional parties.

Finding good cause, the court ORDERS that defendant's motion be, and it hereby is, granted. The court further ORDERS that the time for joining additional parties be, and it hereby is, extended to October 19, 2006.

The Clerk is directed to forward copies of this order to all counsel of record.

                                    DATED:  June 2, 2006

                                    _____
                                    John T. Copenhaver, Jr.
                                    United States District Judge